1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9                SAN FRANCISCO DIVISION
10

| | |
|---|---|
| TERRI NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRITY MARKETING GROUP, LLC,<br><br>Defendant. | Case No. 3:22-cv-05560-JD<br><br>Honorable James Donato<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE (L.R. 6-1)**<br><br>Complaint Filed:         Sept. 29, 2022<br>Current Response Date:   November 3, 2022<br>New Response Date:       December 5, 2022<br><br>**CLASS ACTION** |

1  The Court, having considered the Parties' Joint Stipulation to Extend Time for Defendant to
2  Respond to Complaint and to Set Briefing Schedule, and finding good cause therefor, hereby
3  ORDERS that:

4  (1)  The time for Integrity to respond to the Complaint is extended to **December 5, 2022**; and

5  (2)  If Integrity responds to the Complaint by filing a motion pursuant to Rule 12 of the
6  Federal Rules of Civil Procedure:

7  (a)  Plaintiff's response to that motion will be due on **January 16, 2023**;

8  (b)  If Plaintiff responds to that motion by filing an opposition to the motion, Integrity's
9  reply in support of its motion will be due on **February 6, 2023**; and

10  (c)  If Plaintiff responds to that motion by filing an amended complaint, Integrity's
11  response to that amended complaint will be due on **February 13, 2023**.

12  IT IS SO ORDERED.

14  Dated: November 8, 2022

15  JAMES DONATO
   UNITED STATES DISTRICT JUDGE